**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBERT FARINATO,

        Plaintiff,

v.                                          Case No:  6:17-cv-2080-Orl-40GJK

PROG LEASING, LLC,

        Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant Prog Leasing, LLC's Motion to Compel Arbitration and Stay Proceedings (Doc. 9), filed January 2, 2018. Defendant's motion is unopposed. (Doc. 11). Having reviewed Plaintiff's Complaint, Defendant's memorandum of law, and the subject arbitration agreement, the Court is satisfied that the parties' dispute in this case is preferable to arbitration. *See* 9 U.S.C. § 3.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. 9) is **GRANTED**. The parties shall proceed to arbitration in accordance with the terms of their arbitration agreement.

2. The proceedings are hereby **STAYED** and the Clerk of Court is **DIRECTED** to administratively close the file. The Court retains jurisdiction to adjudicate any post-arbitration motions the parties may make.

3. The parties shall file a joint status report on **May 9, 2018**, and every **ninety (90) days** thereafter advising the Court on the progress of arbitration.

**DONE AND ORDERED** in Orlando, Florida on February 9, 2018.

PAUL G. BYRON<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties